UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

JUNSAI XU,                                          :
                                                    :
                          Plaintiff,                :               25-CV-8165 (JPC) (RWL)
                                                    :
            - against -                             :
                                                    :               **ORDER**
ALISON Y. TUITT, et al.,                            :
                                                    :
                          Defendants.               :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff filed the complaint in this case on September 30, 2025.  Summons was issued on October 24, 2025.  No proof of service appears on the docket.  Plaintiff is reminded that the Federal Rules of Civil Procedure require service within 90 days of commencing the action, which time may be extended for good cause.  If Plaintiff fails to serve defendants within the requisite time, the case may be dismissed without prejudice for failure to prosecute.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 3, 2025
         New York, New York

Copies transmitted this date to all counsel of record.