UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                      :

JUNSAI XU,                                :

                Plaintiff,       :

       -v-               :       25 Civ. 8165 (JPC) (RWL)

                                :

ALLISON Y. TUITT, *et al.*,         :        <u>ORDER</u>

              Defendants.   :

                                :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On April 14, 2026, the Court dismissed Plaintiff Junsai Xu's Complaint and ordered Xu to submit an Amended Complaint within fourteen days. Dkt. 20 at 8. The Court warned Xu that if he failed to file an Amended Complaint by that deadline, or obtain an extension of such deadline, the Court would dismiss Xu's remaining claims with prejudice. *Id.*

On April 26, 2026, Xu submitted a letter purporting to "refute" the undersigned's April 14 Order dismissing Xu's Complaint. Dkt. 21. Notwithstanding this submission, Xu had failed to file an Amended Complaint or seek an extension of the deadline to do so. The Court therefore dismisses Xu's remaining claims with prejudice. The Clerk of Court is respectfully directed to close this case.

      SO ORDERED.

Dated: May 7, 2026
      New York, New York                        _____
                                            JOHN P. CRONAN
                                  United States District Judge